IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE,
EASTERN DIVISION

| | | |
|---|---|---|
| MARK MANNING, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 01-05-1082-T An<br>Jury Trial Demanded |
| RYAN SHANKLIN, individually and in his official capacity as a former officer of The City of Bradford and the CITY OF BRADFORD, TENNESSEE, | )<br>)<br>) | |
| | ) | |
| Defendants. | | |

### REPORT OF THE PARTIES' PLANNING MEETING AND ~~PROPOSED~~ RULE 16(B) SCHEDULING ORDER

Counsel for the parties have conferred, pursuant to Federal Rules of Civil Procedure 26(f), for the purpose of proposing a discovery plan. Counsel for the parties submit the following proposed Scheduling Order pursuant to their Rule 26(f) meeting.

**INITIAL DISCLOSURES (Rule 26(a)(1)) :**   September 15 , 2005

**JOINING PARTIES:**

    For Plaintiff:    October 31, 2005

    For Defendants:    November 30, 2005

**AMENDING PLEADINGS:**

    For Plaintiff:    October 31, 2005

    For Defendants:    November 30, 2005

**COMPLETING ALL DISCOVERY:**     April 1, 2006

    (a) Requests for Production, Interrogatories and Requests for Admissions: December 15, 2005.

    (b) Expert Witness Disclosures (Rule 26(a)(2)):

        (i)   Plaintiff's Experts:   February 1, 2006
        (ii)  Defendants' Experts:   March 1, 2006
        (iii) Supplementations under Rule 26(e): March 10, 2006

    (c) Depositions of Experts:   April 1, 2006

**FILING DISPOSITIVE MOTIONS:**     April 17, 2006

**FINAL LIST OF WITNESSES:**

    (a) For Plaintiff:   June 2, 2006
    (b) For Defendants:   June 16, 2006

The parties shall have ten (10) days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

The trial of this matter is expected to last three (3) days and is **SET** for **JURY TRIAL** on **MONDAY, JULY 17, 2006, at 9:30 A.M.** A proposed joint pre-trial order is due on **FRIDAY, JULY 7, 2006.** In the event the parties are unable to agree on a joint pre-trial order, the parties must notify the court at least ten day before trial.

**OTHER RELEVANT MATTERS:**

Interrogatories, Requests for Production and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the FRCP allows 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of that portion of the discovery.

Motions to compel discovery are to be filed and served by the appropriate discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions except motions pursuant to FRCP 12, 56, 59, and 60, shall be accompanied by a proposed Order and a Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the Court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties may consent to a trial before the Magistrate Judge. The Magistrate Judge can normally provide the parties with a definite trial date that will not be continued unless a continuance is agreed to by all parties, or an emergency arises which precludes the matter from proceeding to trial.

**The parties are encouraged to engage in court-annexed attorney mediation or private mediation <u>on or before the close of discovery</u>.**

This Order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

**IT IS SO ORDERED.**

                                */s/ S. Thomas Anderson*

                              Hon. S. THOMAS ANDERSON
                              UNITED STATES MAGISTRATE JUDGE

                              DATE: August 26, 2005

APPROVED FOR ENTRY:

CROCKER & CARTER, PLLC

By: *C. Timothy Crocker (FC by permission)*
C. TIMOTHY CROCKER (BPR #010209)
Attorney for Plaintiff
P.O. Box 505
Milan, TN 38358
(731) 686-2400


FLIPPIN, COLLINS & HILL, P.L.L.C.

By: *Fred Collins*
FRED COLLINS (BPR #007513)
Attorney for Defendants
P. O. Box 679
Milan, TN 38358-0679
(731) 686-8355

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 1:05-CV-01082 was distributed by fax, mail, or direct printing on August 30, 2005 to the parties listed.

Fred Collins
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

C. Timothy Crocker
CROCKER LAW FIRM
1026 College St.
Ste. 202 Bancorp South Bldg.
Milan, TN 38358

Honorable James Todd
US DISTRICT COURT